

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00024-CV

| | | |
|---|---|---|
| PAUL BAILEY, Appellant | § | On Appeal from County Court at Law No. 2 |
| | § | of Denton County (CV-2021-04381-JP) |
| V. | | |
| | § | March 2, 2023 |
| DANA CHERISSE MICHAELIS, Appellee | § | Memorandum Opinion by Justice Kerr |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the trial court's judgment is affirmed.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Elizabeth Kerr_____
    Justice Elizabeth Kerr